Gregory J. Marshall (#019886)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Facsimile:  (602) 382-6070
gmarshall@swlaw.com

Attorneys for Defendant Deutsche Bank
  National Trust Company, as Trustee for Morgan Stanley
  Capital 1 Inc., Trust 2006-NC2, Mortgage Pass-Through
  Certificates Series 2006-NC2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allen C. Taylor and Lynell M. Taylor,<br><br>               Plaintiff,<br><br>v.<br><br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital 1 Inc Trust 2006-NC2 Mortgage Pass-Through Certificates, Series 2006-NC2; et al.,<br><br>               Defendants. | No. CV-16-1792-PHX-DLR<br><br>**NOTICE TO WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Jennifer A. Stevens of the law firm Snell & Wilmer L.L.P. hereby withdraws as counsel for Defendant Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital 1 Inc., Trust 2006-NC2, Mortgage Pass-Through Certificates Series 2006-NC2 ("Deutsche Bank").  Gregory J. Marshall of Snell & Wilmer will remain as counsel for Deutsche Bank.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1  DATED this 14th day of July, 2016.

2                      SNELL & WILMER L.L.P.

4            By *s/Gregory J. Marshall*
             Gregory J. Marshall
5               One Arizona Center
             400 E. Van Buren
6               Phoenix, AZ  85004-2202

7  *Attorneys for Defendant Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital 1 Inc., Trust 2006-NC2, Mortgage Pass-Through Certificates Series 2006-NC2*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 14, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Beth Findsen, Esq.
Law Office of Beth K Findsen PLLC
7279 E Adobe Dr., Ste. 120
Scottsdale, AZ 85255
Email: beth@findsenlaw.com
*Attorney for Plaintiffs*

  *s/Debbie Shuta*
24469367